# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**DEITRE WILKINS**                                                                        **PLAINTIFF**

**V.**                                    **No. 4:06-CV-01613 GTE**

**SCHOLASTIC DISTRIBUTION SERVICES, INC.**                    **DEFENDANT**

## ORDER OF DISMISSAL

The Court has been advised by the parties that this action has been settled.

IT IS THEREFORE ORDERED that the Complaint in the matter be, and it is hereby, DISMISSED WITH PREJUDICE. The Court retains complete jurisdiction for thirty days for the purpose of enforcing the settlement between the parties. Upon a timely motion and for good cause shown, the Court reserves the right to vacate this Order and to reopen this action if it is satisfactorily shown that the settlement has not been completed and further litigation is necessary.

IT IS SO ORDERED this  19th   day of June, 2007.

                                                                       /s/Garnett Thomas Eisele
                                                                       UNITED STATES DISTRICT JUDGE